## Ross *v.* The State.

Simmons, C. J. There was no error of law committed, in charging or refusing to charge, or in the admission of evidence. The evidence warranted the verdict, and the trial judge did not err in refusing a new trial.     *Judgment affirmed. All the Justices concurring.*

Submitted October 4, — Decided October 26. 1899.

Indictment for murder. Before Judge Littlejohn. Sumter superior court. May term, 1899.

*W. F. Clarke, Z. S. Childers,* and *W. W. Dykes Jr.,* for plaintiff in error. *J. M. Terrell, attorney-general, F. A. Hooper, solicitor-general,* and *Blalock & Cobb,* contra.